Same case below, 49 So. 3d 1281.

Same case below, 402 Fed. Appx. 915.

**No. 10-1274. Marian K. Agnew, Petitioner v. Sussex Condominium Unit Owners Association.**

563 U.S. 1022, 131 S. Ct. 2941, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4123, ■

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-1287. Lucille S. White, Petitioner v. District of Columbia Board on Professional Responsibility.**

563 U.S. 1022, 131 S. Ct. 2941, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4153.

May 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 11 A.3d 1226.

**No. 10-1315. Lucy R. Edwards, Petitioner v. District of Columbia Board on Professional Responsibility.**

563 U.S. 1022, 131 S. Ct. 2942, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4041, ■

May 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 990 A.2d 501.

**No. 10-1328. S. P. Davis, Sr., et al., Petitioners v. United States.**

563 U.S. 1022, 131 S. Ct. 2943, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4148.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-1338. William David Musar, Petitioner v. United States.**

563 U.S. 1022, 131 S. Ct. 2945, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4040.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 857.

**No. 10-8135. Randy Lewis, Petitioner v. Alabama.**

563 U.S. 1022, 131 S. Ct. 2950, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4066.

May 31, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 57 So. 3d 807.

**No. 10-8526. Isaac Vasquez, Petitioner v. United States.**

563 U.S. 1022, 131 S. Ct. 2930, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4085.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 611 F.3d 325.